RUSSELL L. LOW, ESQ. RLL-4745
LOW & LOW, ESQS.
Corporate 505
505 Main Street
Hackensack, NJ 07601
(201) 343-343-4040
Attorneys for Landlord/Creditor
Dominion Management Company

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Giuseppe & Teresa Giudice

Chapter 7

Case No. 09-39032-MS

Debtor (s).

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH "LOCAL RULES OF BANKRUPTCY PRACTICE" RULE 3 ( c )**

**Hearing Date: July 15, 2010 @ 11:00 am**

The within Notice of Motion requests relief from the automatic stay on the grounds, as set forth on the accompanying Certification, that the Debtor has failed to pay her monthly rent to the Landlord.

As to the facts the Petitioner relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

_____
RUSSELL LOW, ESQ.
Attorney for Landlord/Creditor, Dominion Management Company

Dated: June 11, 2010