LOW & LOW, ESQUIRES
STANLEY W. LOW, ESQ. SL-6553
RUSSELL L. LOW, ESQ. RL-4745
Corporate 505
505 Main Street, Suite 304
Hackensack, New Jersey 07601
(201) 343-4040
Attorneys for Creditors
Dominion Management Company

In Re:

Giuseppe & Teresa Giudice

Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

CASE NO.: 09-39032-MS
Chapter 7

Honorable Morris Stern

Hearing Date: July 15, 2010 at 11:00 A.M.

**NOTICE OF MOTION TO LIFT THE AUTOMATIC STAY**

To:   Honorable Morris Stern
U.S. Bankruptcy Court - N.J.
King Federal Building
50 Walnut Street
Newark, New Jersey 07101

John Sywilok, Trustee
Godlesku & Sywilok
51 Main Street
Hackensack, NJ 07601

James A. Kridel
The Kridel Law Group
1035 Route 46 East Suite B-204
Clifton, NJ 07013
Attorney for the Debtor: Giuseppe & Teresa Giudice

Giuseppe & Teresa Giudice
6 Indian Lane
Towaco, NJ 07082

## NOTICE OF MOTION TO REINSTATE THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on July 15, 2010 at 11:00 A.M., or as soon thereafter as counsel may be heard, the undersigned, attorney for the creditor, Russell L. Low, will move before the Honorable Morris Stern, Bankruptcy Judge at the United States Bankruptcy Court, located at King Federal Building, 50 Walnut Street, Newark, New Jersey, for an Order to Reinstate the Automatic Stay with respect to the Debtors' property located at 1601 Maple Avenue Hillside, NJ 07205.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Debtor will rely on the attached Certification.

No Brief is submitted or is necessary, because of the simplicity of the issue involved. A proposed form of Order is also submitted with this application.

Dated: 6/14/10

RUSSELL L. LOW, ESQ.