| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-2 (c)**<br><br>John W. Sywilok, Esq. (JS 2289)<br>Godlesky & Sywilok, Esqs.<br>51 Main Street<br>Hackensack, NJ 07601<br>(201) 487-9390<br>Attorneys for Trustee | Case No. 09-39032 MS |
| In Re:<br><br>GIUSEPPE GIUDICE and<br>TERESA GIUDICE<br><br>Debtor(s). | Chapter 7<br><br>Hearing Date: July 12, 2010<br><br>Judge: Morris Stern |

## CERTIFICATION IN OPPOSITION TO NOTICE OF MOTION TO LIFT AUTOMATIC STAY AS TO PREMISES KNOWN AS 1576 MAPLE AVENUE, HILLSIDE, NEW JERSEY

I, JOHN W. SYWILOK, ESQ., of full age, does hereby certify as follows:

1. I am the Chapter 7 Trustee and make this Certification in opposition to the Motion to life the Automatic Stay.

2. Relief from the Stay should not be granted as to the property known as 1576 Maple Avenue, Hillside, New Jersey, until the creditor herein produces certain documentation and offers other details in regard to its mortgage covering the above listed property.

3. It is my information that the debt herein secures both 1576 Maple Avenue, Hillside, New Jersey, and 1601 Maple Avenue, Hillside, New Jersey. The creditor has failed to supply documentation as to its mortgage note and mortgage in regard to this matter.

4. Creditor should also supply a valuation as to 1576 Maple Avenue, Hillside, New Jersey.

5. Until this creditor files documentation, the Automatic Stay should not be lifted.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment.

_____
JOHN W. SYWILOK, ESQ.
Chapter 7 Trustee

Dated: July 1, 2010
File No. 49768