UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TO: JAMES J. WALDRON, CLERK

CASE NO. 09-39032

IN RE: a GIUSEPPE GIUDICE and TERESA GIUDICE

### INFORMATION FOR NOTICE OF PUBLIC SALE BY THE TRUSTEE

John W. Sywilok, Trustee, proposes to sell certain property of the estate as described below.

If any creditor or other party in interest has an objection to the public sale, the objection and a request for a hearing shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon the trustee no later than *(date to be fixed by Court)*.

In the event an objection is timely filed a hearing thereon will be held on *(date to be fixed by the Court)* at *(location of hearing to be fixed by the Court)*.

If no objection to the public sale is filed with the Clerk and served upon the Trustee as required above on or before *(date to be fixed by Court)*, the sale will be held:

6 Indian Lane, Towaco, New Jersey; AUGUST 22, 2010 at 11:00 am

Unless otherwise stated the public sale will be free and clear of all liens. Liens, if any be claimed, will attach to the proceeds of the public sale and the validity and extent of such liens will be determined at a later time.

All sales will be for cash or equivalent, payable at 25 % at the time bid is made for personal property and 10% at the time bid is made for real estate with balance payable in full on approval of sale or delivery. The Trustee reserves the right to reject any and all bids or to withdraw any item of property from the sale at any time before the sale is completed.

### DESCRIPTION OF THE PROPERTY TO BE SOLD

| Home Furnishings, accessories, tools and boat, as set forth in the appraisal of A. Atkins Appraisal dated 6/21/2010 |
|---|

SUBMITTED BY: John W. Sywilok
ADDRESS: 51 Main Street, Hackensack, NJ 07601
TELEPHONE NO: 201-487-9390    DATED: 7/12/2010

[Rev. April 15 1997]