**KRIDEL LAW GROUP**
1035 Route 46 East
Suite B-204
Clifton, NJ 07013
law@kridel.com  - email
(973) 470-0800-Telephone
(973) 472-1909-Facsimile
Attorneys for Debtors, Joe and Teresa Giudice

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>TERESA GIUDICE and GIUSEPPE GIUDICE,<br><br>Debtors. | Chapter 7<br><br>Case Number: 09-39032<br><br>Judge: Hon. Morris Stern<br><br>Hearing Date:  8/16/2010<br>Hearing Time: 10:00 a.m. |

## OBJECTION TO PUBLIC SALE

Debtors/defendants, Teresa Giudice and Giuseppe Giudice, by and through their attorneys, the Kridel Law Group, and specifically, James A. Kridel, Jr., Esq., hereby formally object to the Notice of Public Sale re: home furnishings, accessories, tools and boat as set forth in the appraisal of A. Atkins Appraisal dated June 21, 2010, filed by John Sywilok, Esq., Trustee on July 12, 2010.

Pursuant to the Notice of Information for Public Sale dated June 21, 2010, filed by John Sywilok, Esq., a hearing is hereby requested before the Honorable Morris Stern at 10:00 a.m., Courtroom 3A, or as otherwise provided by the Court.

The debtors through their attorney object to the sale by way of illustration and not by way of limitation, for the following reasons:

1.    Much of the itemized property is not "property of the estate" pursuant to Section 11 U.S.C. 541 (some of the property is owned by persons other than the debtors and much of the property was acquired post-petition );

2.    The valuations set forth in the appraisal of A. Atkins Appraisal are disputed and property properly part of the estate may well be exempted pursuant to Section 11 U.S.C. 522, et. seq.

The debtors, through their attorneys the Kridel Law Group (James A. Kridel, Jr., Esq. appearing) request of the Court to proffer factual and expert testimony regarding the above, including witnesses and documents.

Respectfully submitted,
The Kridel Law Group
Attorneys for Debtors

Dated: July 28, 2010

By:  James A. Kridel, Jr., Esq.

K:\WP Docs\GIUDICE\Bankruptcy docs correspondence 2010\objection to sale.doc