

JAMES A. KRIDEL, JR.
GEOFFREY ORLANDI•

OF COUNSEL:
HON. PETER F. BOGGIA
(RET)

**OFFICE
LOCATIONS**

**NEW JERSEY**

1035 ROUTE 46 EAST
SUITE B204
CLIFTON, NEW JERSEY
07013

TELE: 973-470-0800
FAX: 973-472-1909
EMAIL: LAW@KRIDEL.COM

**NEW YORK**

575 MADISON AVENUE
SUITE 1006
NEW YORK, NEW YORK
10022

TELE: 212-924-1625
FAX: 973-472-1909
EMAIL: LAW@KRIDEL.COM

**VISIT US
ONLINE AT**

WWW.KRIDEL.COM

LICENSED TO PRACTICE IN
NJ & NY

•CERTIFIED CIVIL &
CRIMINAL TRIAL
ATTORNEY OF NJ

August 11, 2010

**VIA EMAIL:** chambers_of_ms@njb.uscourts.gov
Honorable Morris Stern, U.S.B.J.
Newark Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

Re:    Debtors:  Giuseppe Giudice & Teresa Giudice
       Chapter 7
       Case No. 09-39032-MS

Dear Judge Stern:

Please accept the within as a more detailed position   of the undersigned with respect to the timely filed objection to the Trustee's Notice of Sale of the Debtors' personalty set down for a hearing on the objection on August 16, 2010 and a proposed sale date of August 22, 2010.

Although the debtors could object to the valuations of their property as set forth by Alan Atkins of A. Atkins Appraisal Corp. for purposes of the within I will concede the values as per the attached appraisal.

The total value of the appraisal is **$51,160.00**, which in it of itself I respectfully believe is fully exempt as follows:

11 U.S.C. 522(d)(3)    $11,525.00 x 2 = $23,050.00 furnishings;

11 U.S.C. 522(d)(4)    $1,460.00 x 2 =  $2,920.00 jewelry;

11 U.S.C. 522(d)(5)    $11,975.00 x 2 = $23,950.00 any property;

11 U.S.C. 522(d)(6)     $2,175.00 =    $2,175.00  tools;

       **Total Exemptions**:   **$52,095.00**

Therefore even if no adjustments were made as hereinafter set

forth, I believe the debtors' personalty should be exempt from sale.

Notwithstanding the foregoing, Mr. Sywilok has conceded that the children's property valued at $3,025.00 should be excluded. The debtors have attached receipts showing property with the total value of $6,995.00 as per the attached spreadsheet and receipts. Therefore, the proffered value pursuant to Section 544 of the Estate is $51,160.00 - $3,025.00 - $6,995.00 = $41,140.00, which leaves the debtors $10,955.00 of unused exemptions. I respectfully therefore submit that the debtors federal exemptions exceed the personalty as valued by the Trustee and therefore a sale would be impinging upon their right to keep same pursuant to 11 U.S.C. 522, et. seq. The individual limitation of $550.00 per item in 11 U.S.C. 522(d)(3) is, it is respectfully submitted, trumped by the wild card of 11 U.S.C. 522(d)(5).

It is also respectfully submitted that the Trustee is seeking a preclusion of discharge and/or dismissal of the bankruptcy case which would in effect deny the debtors of the benefits of bankruptcy while subjecting them to the burdens of same.

Since there is a pending adversarial proceeding by the Trustee as well as others by third-parties, I would respectfully ask that the sale be indefinitely adjourned for that reason only; however, I believe that, the exemptions would preclude a sale.

Would Your Honor accept a joint call from both myself and John Sywilok, Esq., tomorrow regarding the above?

Respectfully submitted,

James A. Kridel, Jr., Esq.
JAK/ag
Cc:    John W. Sywilok, Esq., via facsimile, w/enclosure
       Teresa and Joe Giudice, via e-mail
K:\WP Docs\GIUDICE\Bankruptcy docs correspondence 2010\stern 8-11-10.docx



| GAME ROOMS | |
| --- | --- |
| SO-71769 | 12/17/2008 |



| Customer | Contact | Ship To |
| --- | --- | --- |
| Giudice<br>Joe Giudice<br>6 Indian Lane<br>TOWACO, NJ 07082<br>Tel: (973) 768 - 5841 | Giudice<br>Joe Giudice<br>6 Indian Lane<br>TOWACO, NJ 07082<br>UNITED STATES<br>Tel: (973) 768 - 5841 | Giudice<br>Joe Giudice<br>6 Indian Lane<br>TOWACO, NJ 07082<br>UNITED STATES<br>Tel: (973) 768 - 5841 |

| Account | Terms | Due Date | Account Rep | Schedule Date |
| --- | --- | --- | --- | --- |
| 9737685841 | CERTIFIED FUNDS / NO CASH | 12/17/2008 | Jamee Nesta | 1/14/2009 |

| Quotation | PO # | Reference | Ship VIA | Page | Printed |
| --- | --- | --- | --- | --- | --- |
| SQ-73698 | | | Emin Golev Inc. | 1 | 2/4/2009<br>12:32:41PM |

| L | Item | Description | Order | Ship | Price | UM | Discount | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | | Parsippany Display Models | | | | | | |
| 2 | Prescott | Prescott | 1 | | $2,700.00 | EA | | $2,700.00 |
| 3 | 95795 | DIS GT-54" 2N 1 SAVANNAH BS/ASM/43 BM | 1 | | $1,300.00 | EA | | $1,300.00 |
| 4 | 95795 | DIS GT-54" 2N 1 SAVANNAH BS/ASM/43 BM | 1 | | $0.00 | EA | | $0.00 |
| 5 | 96387 | DIS GC-KIT-SAVANNAH/BLKL/ASM/43 BM | 4 | | $0.00 | EA | | $0.00 |
| 6 | 96388 | DIS GC-SAVANNAH BS/ASM/43 BM | 1 | | $0.00 | EA | | $0.00 |
| 7 | 96389 | DIS GC-SAVANNAH BKT/BLKL/ASM/43 BM | 1 | | $0.00 | EA | | $0.00 |
| 8 | irPOOLTABLE | Install Pool Table | 1 | | $0.00 | EA | | $0.00 |
| 9 | IR-GAMECHAIR | Install Game Chair | 4 | | $0.00 | EA | | $0.00 |
| 10 | IR-GAMETABLE | Install Game Table | 1 | | $0.00 | EA | | $0.00 |
| 11 | CLOTITBLK8 | CLOTH, CHAMP, Titan, 8'Cut, Black | 1 | | $0.00 | EA | | $0.00 |
| 12 | 94213 | DIS BA-72" SAVANNAH/ASM/43BM | 1 | | $1,050.00 | EA | | $1,050.00 |
| 13 | 94028 | DIS BA-STERLING BACKED BAR 43BM | 1 | | $274.89 | EA | | $274.89 |
| 14 | 95298 | DIS BS-30"SAVANNAH/BLKL/ASM/43BM | 2 | | $234.75 | EA | | $469.50 |
| 15 | | | | | | | | |

*$3000.00 Must be paid up front by Customer. Then $1200.00 after Job is Done*

I agree balance is to be paid 3 days prior to scheduled install date. If full payment is not received, installation will be re-scheduled until balance is paid in full. Payment, Warranty and Area Preparation have been explained to me.

X_____

*No Exceptions!!*

| | |
| --- | --- |
| Tax Detail<br>NJ7 $405.607 | Taxable  $5,794.39 |
| Payment Details<br>12/17/2008 CK 1154 $2,000.00 | Total Tax  $405.61<br>Exempt  $0.00<br>Total  $6,200.00 |
| | Paid  $2,000.00<br>Balance  $4,200.00<br>Dep. Avail  $2,000.00 |

**FASHION WINDOWS, ETC. / A Division of Metro Mills Inc.**

Fine Custom Made Draperies,
Window Treatments
Bed Spreads and Blinds
Website: www.fashionwindowsetc.com

☐ 34 Ridgedale Rd. - Riverwalk Plaza
E. Hanover, NJ 07936
Phone: 973-428-1377

☐ 151 Linwood Ave.
Paterson, NJ 07502
Phone: 973-942-6034

# SALES ORDER

Date: 11-4-09      No: 27736

Phone: Home # cell 973 768 0445

Work # _____

Cell # _____

Sold To: Teressa Giudice

Address: 6 Indian Lane

City, State, Zip: Towaco, N.J.

Salesperson: Veronica

Advertising (check one)   ☐ Bergen Record   ☐ Star Ledger   ☐ Daily Record
☐ Other

| LOCATION (ROOMS) | INSTALLER NOTES | QTY. | DESCRIPTION OF ITEMS | AMOUNT |
|---|---|---|---|---|
| Great Room 2 areas | | | (As per sketch) | $8800 00 |
| Rail mounted - 4 full saddles panels w/fringe | | | | No tax |
| 4 swags w/ fringe | | | | |
| 3 Rosettes | | | | |
| 3 tie back tassels | | | | |
| Sheers on traverse under treatment | | | | |
| Main fabric Carole Monaco antique gold / swag - Moderaage | | | | |
| " tie fabric Dundee 3000 " Nutmeg | | | | |
| sheer fabric Carlee Hayden Champagne | | | | |
| trimmings Bullion w/ fringe + tassels | | | | |
| Install window treatments + F/R including | | | | |
| all hardware | | | | |
| | | | Installed | |
| | | Check from T.G. Fabulicious ordered | | |

Needs to be remeasured ☐ Yes ☐ No    Fashion Windows to do install ☐ Yes ☐ No

☐ Visa ☐ Mastercard ☐ American Express ☐ Discover ☐ Check #

Credit Card # _____ Exp. Date _____

Customer Name: _____

Customer Signature: _____ Date: _____

| | |
|---|---|
| SUB TOTAL | $8800 00 |
| TAX ( %) | |
| TOTAL | 8800 00 |
| DEPOSIT (50%) | |
| BALANCE (CERTIFIED CHECK OR CASH ONLY) | |

"You the buyer may cancel this transaction at any time prior to midnight of the third business day after the date
of this transaction." No deposit will be refunded and no work other than specified will be done unless notified in
writing within 72 hours of the above date. Time of delivery is not of the essence. Balance must be paid by
certified check or cash prior to installation.

# IVANKA'S

**INVOICE**

674 Wyckoff Avenue
WYCKOFF, NEW JERSEY 07481
**Mon. - Sat. 10 A.M. - 6 P.M.**

**(201) 891-4950**
**FAX (201) 891-4922**

7380

SOLD TO: Teresa Giudice

DELIVER TO:

DATE: 11/13/09

| SALESPERSON | CASH | CHARGE | C.O.D. | ORDER NUMBER | ADD ON | REOPEN | NEW ACCT. | TERMS |
|---|---|---|---|---|---|---|---|---|

| STOCK NO. | MSE | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | | Wall Plaque | 129 99 | |
| 2 | | Wall Brackets Gold | 169 99 | 339 98 |
| 2 | | Red / Gold Urns | 149 99 | |
| 2 | | Urns Red / Beige | 199 99 | 399 98 |
| 2 | | Wall Sconces Urns | 339 99 | |
| 1 | | Black + Gold Urn | 149 99 | |
| 1 | (C) | Urn Sand Stone / Marble | 439 99 | 429 99 |
| 1 | | Frame Gold 8x10 | 129 99 | |
| 1 | | Frame Oval 5x7 | 89 99 | |
| 1 | | Frame Oval 8x10 | 139 99 | |
| 1 | (S) | Console | 999 99 | 999 99 |
| 2 | | Lions | 79 99 | 159 98 |
| 1 | | Black & Gold Box | 189 99 | |
| 1 | | Frame 5x7 | 99 99 | |

**Delivery**

DELIVERY INSTRUCTIONS:

| | |
|---|---|
| MERCHANDISE TOTAL | |
| SALES TAX | |
| TOTAL | |
| DOWN PAYMENT | |
| BALANCE DUE | |

No returns, credits or exchanges after 3 days. Special orders are not returnable, refundable or cancellable.
Not responsible for normal fabric wear and tear.

RECEIVED IN GOOD CONDITION BY:          DATE:          DELIVERED BY:          DATE:

**DUPLICATE**

*Thank You*

# IVANKA's

**674 Wyckoff Avenue**
**WYCKOFF, NEW JERSEY 07481**
**Mon. - Sat. 10 A.M. - 6 P.M.**

# INVOICE

**(201) 891-4950**
**FAX (201) 891-4922**

7381

SOLD TO: Teresa Giudice

DELIVER TO:

DATE: 11/13/09

Ⓑ

| | SALESPERSON | CASH | CHARGE | C.O.D. | ORDER NUMBER | ADD ON | REOPEN | NEW ACCT. | TERMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| QTY | | DESCRIPTION | UNIT PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
| 1 | | Box Gold - Sm. | 89 | 99 | | |
| 1 | Ⓖ | Candleholder Lg. Gold | 69 | 99 | 69 | 99 |
| 1 | | Candleholder Sm " | 59 | 99 | 59 | 99 |
| 1 | Ⓗ | Cherub vase | 69 | 99 | 69 | 99 |
| 2 | | Candles | 13 | 99 | 27 | 98 |
| 1 | | Black Box Big Lid | 369 | 99 | | |
| 2 | | Candleholder Black/Gold Lg | 89 | 99 | | 98 |
| 2 | | Candleholder Back/Gold Sm. | 69 | 99 | 139 | 98 |
| 1 | | Frame | 59 | 99 | 59 | 99 |
| 1 | | Clock | 49 | 99 | 49 | 99 |
| 1 | | Box Black/Gold | 119 | 99 | 119 | 99 |
| 1 | | Frame Red/Gold 4x6 | 49 | 99 | | |
| 1 | | Frame 5x7 Encore | 89 | 99 | 89 | 99 |
| 1 | Ⓖ | Urn J R Stone/Red/Iron | 399 | 99 | 399 | 99 |
| 2 | | Leather Boxes | 199 | 99 | 399 | 98 |

DELIVERY INSTRUCTIONS:

| MERCHANDISE TOTAL | |
|---|---|
| SALES TAX | |
| **TOTAL** | |
| DOWN PAYMENT | |
| BALANCE DUE | |

No returns, credits or exchanges after 3 days. Special orders are not returnable, refundable or cancellable. Not responsible for normal fabric wear and tear.

RECEIVED IN GOOD CONDITION BY:          DATE:          DELIVERED BY:          DATE:

**DUPLICATE**

*Thank You*

# IVANKA'S

**Invoice**

674 Wyckoff Avenue
WYCKOFF, NEW JERSEY 07481
**Mon. - Sat. 10 A.M. - 6 P.M.**

7382

(201) 891-4950
FAX (201) 891-4922

DATE: 11/13/09

SOLD TO: Teresa Giudice

DELIVER TO:

| SALESPERSON | CASH | CHARGE | C.O.D. | ORDER NUMBER | ADD ON | REOPEN | NEW ACCT. | TERMS |
|---|---|---|---|---|---|---|---|---|

| QTY | STOCK NO. | MFG. | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 6 | | | Ornaments | 24 99 | |
| 2 | | | Candleholders for Floor | | |
| 1 | | | Oval Box /lid with chrystal | 119 99 | |
| 3 | | | Panels | 89 99 | |
| 4 | | | Scroll for over Door | 99 99 | |
| 1 | | | Sm. Box | 59 99 | |
| 1 | | | Lion Bowl oval | 289 99 | |
| 1 | | | Box /lid with chrystal | 79 99 | 79 99 |
| 2 | | | Big Candleholders floor | 399 99 | 799 98 |
| 2 | | | Candles cream | 34 99 | 69 98 |
| 3 | | | Panels | | |
| 1 | | | Book Box Set | 99 99 | |
| 2 | | | Floor candleholders | | |
| | | | **Delivery** | | |

DELIVERY INSTRUCTIONS:

| | |
|---|---|
| MERCHANDISE TOTAL | |
| SALES TAX | |
| TOTAL | |
| DOWN PAYMENT | |
| BALANCE DUE | |

No returns, credits or exchanges after 3 days. Special orders are not returnable, refundable or cancellable.
Not responsible for normal fabric wear and tear.

RECEIVED IN GOOD CONDITION BY: ___ DATE: ___ DELIVERED BY: ___ DATE: ___

**DUPLICATE**

*Thank You*

# IVANKA'S

**674 Wyckoff Avenue**
**WYCKOFF, NEW JERSEY 07481**
**Mon. - Sat. 10 A.M. - 6 P.M.**

# INVOICE

**(201) 891-4950**
**FAX (201) 891-4922**

7383

DATE: 11/13/09

SOLD TO: Teresa Giudice

DELIVER TO:

| SALESPERSON | CASH | CHARGE | C.O.D. | ORDER NUMBER | ADD ON | REOPEN | NEW ACCT. | TERMS |
|---|---|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 13+4 | Boxes Candles | 19.99 | |
| 28 | Chrystals | | |
| 2 | Garlands | 89.99 | |
| 2 | Candelabras | 499.99 | 999.98 |
| 1 | Oil Painting | 139.99 | 139.99 |
| 1 | Frame 5x7 | 89.99 | 89.99 |
| 1 | Frame 8x10 | 99.99 | |
| 1 | Frame oval 8x10 | 139.99 | 139.99 |
| 2 | Lion Head Urns | 739.99 | 1479.98 |
| 1 | Frames 8x10 | 149.99 | 149.99 |
| 2 | Foyer Florals | 495.00 | 990.00 |
| 1 | Demilune Floral | 140.00 | 140.00 |
| 1 | Family Room Floral | 270.00 | 270.00 |
| | **Delivery** | | |

DELIVERY INSTRUCTIONS:

| | |
|---|---|
| MERCHANDISE TOTAL | |
| SALES TAX | |
| TOTAL | |
| DOWN PAYMENT | |
| BALANCE DUE | |

No returns, credits or exchanges after 3 days. Special orders are not returnable, refundable or cancellable.
Not responsible for normal fabric wear and tear.

RECEIVED IN GOOD CONDITION BY: _____ DATE: _____ DELIVERED BY: _____ DATE: _____

**DUPLICATE**

*Thank You*

# IVANKA'S

**674 Wyckoff Avenue**
**WYCKOFF, NEW JERSEY 07481**
**Mon. - Sat. 10 A.M. - 6 P.M.**

# Invoice

7384

(201) 891-4950
FAX (201) 891-4922

DATE: 11/3/09

SOLD TO: Teresa Giudice

DELIVER TO:

| SALESPERSON | CASH. | CHARGE | C.O.D. | ORDER NUMBER | ADD ON | REOPEN | NEW ACCT. | TERMS |
|---|---|---|---|---|---|---|---|---|

| QTY. | STOCK NO. | MER. | DESCRIPTION | | | UNIT PRICE | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | (D) | | Chair (L) (M) | | | 1299 | 99 | 1299 | 99 |
| 1 | | | Side Table | | | 1849 | 99 | 1849 | 99 |
| 1 | (H) | | Demilune Console | | | 1349 | 99 | 1349 | 99 |
| 1 | | | Pol Red / Gold Table | | | 1499 | 99 | 1499 | 99 |
| | | | | | | $6,07 | 59 | | |
| | | | Discount — THANK YOU | | | -3,165 | 00 | | |

**Delivery**

DELIVERY INSTRUCTIONS:
Delivered installed and arranged on
11/13/09.
On Vera's Copy

CR# 449

| | | |
|---|---|---|
| MERCHANDISE TOTAL | 13,452 | 59 |
| SALES TAX | 941 | 68 |
| TOTAL | 14,394 | 27 |
| DOWN PAYMENT | 4,394 | 27 |
| BALANCE DUE | | |

No returns, credits or exchanges after 3 days. Special orders are not returnable, refundable or cancellable.
Not responsible for normal fabric wear and tear.

RECEIVED IN GOOD CONDITION BY: _____ DATE: _____ DELIVERED BY: _____ DATE: _____

**DUPLICATE**

*Thank You*

**IVANKA'S**
674 Wyckoff Avenue
WYCKOFF, NEW JERSEY 07481
**Mon. - Sat. 10 A.M. - 6 P.M.**

 **Invoice**

7385

(201) 891-4950
FAX (201) 891-4922

DATE: 11/14/09

SOLD TO: Teresa Giudice
6 Indian Ln

DELIVER TO:

| SALESPERSON | CASH | CHARGE | C.O.D. | ORDER NUMBER | ADD ON | REOPEN | NEW ACCT. | TERMS |
|---|---|---|---|---|---|---|---|---|

| QTY. | STOCK NO. | MER. | DESCRIPTION | | | | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | | | 2 Mirror | | | | 1999 99 | Special price 155000 |
| 1 | | | Oil Painting | | | | 139999 | 129999 |
| | | | Delivered + Installed 11/14/09 | | | | | |

**Delivery**

DELIVERY INSTRUCTIONS:

| | |
|---|---|
| MERCHANDISE TOTAL | 284999 |
| SALES TAX | 199 49 |
| TOTAL | 3,04948 |
| DOWN PAYMENT | |
| BALANCE DUE | |

No returns, credits or exchanges after 3 days. Special orders are not returnable, refundable or cancellable.
Not responsible for normal fabric wear and tear.

RECEIVED IN GOOD CONDITION BY:                    DATE:            DELIVERED BY:                    DATE:

**DUPLICATE**

*Thank You*

**IVANKA'S**
674 Wyckoff Avenue
WYCKOFF, NEW JERSEY 07481
Mon. - Sat. 10 A.M. - 6 P.M.

**(201) 891-4950**
**FAX (201) 891-4922**

# Invoice

7388

DATE: 11/18/09

SOLD TO: *Teresa Giudice*

DELIVER TO:

| | SALESPERSON | CASH | CHARGE | C.O.D. | ORDER NUMBER | ADD ON | REOPEN | NEW ACCT. | TERMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| QTY | STOCK NO. | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2 | | Book Boxes | 169 99 | 339 98 |
| 1 | | ~~Red floral arrangement~~ | ~~69 99~~ | |
| 2 | | ~~Panels~~ | ~~899 99~~ | |
| 1 | | oil picture - great room | 2499 99 | 2499 99 |
| 1 | | Urn Red | 149 99 | 149 99 |
| 1 | | ~~Lamp~~ | ~~249 99~~ | |
| 1 | | Clock/Gold | 59 99 | 59 99 |
| 1 | | ~~Bronze bowl~~ | ~~299 99~~ | |
| 1 | | Mirror | 499 99 | 499 99 |
| | | ~~Gourds~~ | | |
| | | feathers | 2 99 | 122 58 |
| 2 | | ~~Oil on canvas~~ | ~~199 99~~ | |
| 2 | | Arched Panels | 899 99 | 1799 98 |
| | | | | 5,469 94 |
| | | **Delivery** Discount Thank You | | (700 00) |

DELIVERY INSTRUCTIONS:

To Be Paid Dec 14/09

| | |
|---|---|
| MERCHANDISE TOTAL | 4,769 94 |
| SALES TAX | 333 90 |
| TOTAL | 5,103 84 |
| DOWN PAYMENT | |
| BALANCE DUE | |

No returns, credits or exchanges after 3 days. Special orders are not returnable, refundable or cancellable.
Not responsible for normal fabric wear and tear.

RECEIVED IN GOOD CONDITION BY: _____ DATE: _____ DELIVERED BY: _____ DATE: _____

**DUPLICATE**

```
08/09/2010  19:39      9736968448              LIGHTING EXPO                          PAGE  01/01
iew ticket history                                             A LAMP WAREHOUSE CO

tore-#  1              Cust-#: VIP - 1                    Date: 11/19/09
icket-#  116458               VIP                        User: JR1
                       P.O.#:                            Slp:  JR1

tem number    Description                 Qty        Price        Ext-price
946-83-O      SPECIAL ORDER NO RETURNS     1  *     1,994.30       1,994.30
676-83-O      SPECIAL ORDER NO RETURNS     1  *     1,538.46       1,538.46
2697-B        PATRIZIA MIRROR 34WX77H      1  *       590.04         590.04
```



```
No. of lines   3            CHK     4,411.40                      4,122.80
Order number                                  Discount                .00
Order date                                    Tax                  288.60
Location       1WHS                           Freight                 .00
Profit center  100                            Total             4,411.40
```

# INVOICE

**IVANKA'S**
674 Wyckoff Avenue
WYCKOFF, NEW JERSEY 07481
Mon. - Sat. 10 A.M. - 6 P.M.

(201) 891-4950
FAX (201) 891-4922

7400

SOLD TO: *Teresa Giudice*

DELIVER TO:

DATE: 11/20/09

| SALESPERSON | CASH | CHARGE | C.O.D. | ORDER NUMBER | ADD ON | REOPEN | NEW ACCT. | TERMS |
|---|---|---|---|---|---|---|---|---|

| QTY | STOCK NO | MFR | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | | Lg Box Gold/Green/kid | 249 99 | |
| 1 | | | Set Books | 179 99 | 179 99 |
| 1 | | | Sm Box | 89 99 | 89 99 |
| 1 | | | Sm Box | 59 99 | 59 99 |
| 2 | | | finial, Black/Gold/Chrystal | 69 99 | 139 98 |
| 2 | | | Candles 4x4 mint | 23 99 | |
| 1 | | | frame 5x7 rectangular Green | 99 99 | |
| 2 | | | Tassels | 59 99 | 119 98 |
| | | | | | 2453 5 |
| | | | Discount Thank Ya!! | | (250 00) |

**Delivery**

DELIVERY INSTRUCTIONS:
To be paid by Dec. 4, 2009.
No return

| | |
|---|---|
| MERCHANDISE TOTAL | 2203 57 |
| SALES TAX | 154 25 |
| TOTAL | 2357 82 |
| DOWN PAYMENT | |
| BALANCE DUE | |

No returns, credits or exchanges after 3 days. Special orders are not returnable, refundable or cancellable.
Not responsible for normal fabric wear and tear.

RECEIVED IN GOOD CONDITION BY: _____ DATE: _____    DELIVERED BY: _____ DATE: _____

**DUPLICATE**

*Thank You*

# IVANKA'S

**674 Wyckoff Avenue**
**WYCKOFF, NEW JERSEY 07481**
**Mon. - Sat. 10 A.M. - 6 P.M.**

# Invoice

7399

(201) 891-4950
FAX (201) 891-4922

DATE: 11/20/09

SOLD TO: _Teresa Giudice_

DELIVER TO:

| QTY | STOCK NO | INIT | DESCRIPTION | UNIT PRICE | TOTAL | |
|---|---|---|---|---|---|---|
| SALESPERSON | CASH | CHARGE | C.O.D. | ORDER NUMBER | ADD ON | REOPEN | NEW ACCT. | TERMS |
| 2 | (e) | | Candlestands Black | 169 99 | 339 | 98 |
| 1 | | | Black / Gold Box | 189 99 | 189 | 99 |
| 1 | | | Sq. Box | 169 99 | | |
| 2 | | | Candles mandarin | 23 99 | 47 | 98 |
| 20 | | | feathers | 8 99 | 179 | 80 |
| 4 | | | Candles chives | 23 99 | | |
| 4 | | | | 13 99 | 55 | 96 |
| 1 | | | Wall Decor | 149 99 | 149 | 99 |
| 1 | | (Q) | Black Box Lg. with Lid | 36 99 | 36 | 99 |
| 2 | | (x) | frame 4x6 | 79 99 | 159 | 98 |
| 2 | | | Oval frames 8x10 Encore | 139 99 | 279 | 98 |
| 1 | | | Rectangular frame 8x10 Encore | 139 99 | | |
| 2 | | | frames 5x7 Art g. | 59 99 | | |
| 1 | | | Throw | 129 99 | | |
| 1 | | | Book end | 89 99 | 89 | 99 |

**Delivery**

DELIVERY INSTRUCTIONS:

MERCHANDISE TOTAL

SALES TAX

7400

DOWN PAYMENT

BALANCE DUE

No returns, credits or exchanges after 3 days. Special orders are not returnable, refundable or cancellable.
Not responsible for normal fabric wear and tear.

RECEIVED IN GOOD CONDITION BY: _____ DATE: _____ DELIVERED BY: _____ DATE: _____

**DUPLICATE**

_Thank You_

Aug 10 10 01:15p      Unique                                    732-968-3035                 p.1

# UNIQUE
*Furniture*                    *Design Group*

309 Route 22 East, Greenbrook, N.J. 08812 ▪ 732-968-7700 ▪ Fax 732-968-3035

DATE 12-5-09

SALES PERSON

The merchandise you have ordered is promised for delivery
on or before __/__/__
If merchandise ordered is not delivered by promised date, Unique must offer:
a) Cancellation of order with prompt full refund
b) Accepting delivery at a specific later date.

SOLD TO   GIUDICE

SHIP TO

TEL #

SPECIAL INSTRUCTIONS

| QTY | NUMBER | DESCRIPTION | TOTAL |
|---|---|---|---|
| 2 | # | PAMA HOOD CHAIRS @ #2,489 | #4,978.00 |
| | | FABRIC - C.O.M. | |
| | | FINISH - VENETIAN HONEY | |
| | | HEAVY GLAZE | |
| | | NO GOLD | |

#5,326.00

PLUS   3,400.00  OPEN BAL ON  9/5/09 ORDER.

#8,726.00

PAID IN FULL
WITH 2 CHECKS

DEC. 23RD CK. $8000.00 2009
JAN 7TH CK $ 726.00 2010

PAID IN
FULL.

All orders require a 30% deposit.
Special orders or orders for out material are not subject.
Any cancellations are subject to a 30% handling charge.
Inasmuch as upholstering fabrics are not guaranteed.
Merchandise returned without prior notification is not.
All walk up charges will be charged at $35 per hour.
Customer will be solely responsible for any additional cha...
All merchandise arrival dates are approximate.
Unique will not be held liable for any delay in date a...
Upon notification to client by Unique of arrival of me...
Any merchandise left in our warehouse for more than...
still in our warehouse after 6 months time, will becom...
All floor sample sales are final & not subject to cancel...

C.O.D. MUST BE IN CASH OR

## C.O.D. $

| SALE | 4978.00 |
|---|---|
| SALES TAX | 348.00 |
| DELIVERY | |
| TOTAL SALE | 5,326.00 |
| DEPOSIT | |
| BALANCE | |

ug 10-10 04:14p     Unique                    732-968-3035                    p.1

**U·N·I·Q·U·E**
FURNITURE SOURCE   INTERIORS
9 Route 22 East, Greenbrook, N.J. 08812
732-968-7700 ■ ▪ Fax 732-968-3035

SPECIAL INSTRUCTIONS

# DELIVERY SLIP  NO. _____

CUSTOMER NO. _____

DATE SHIPPED __12/7/09__

SOLD TO _Giudice_

SHIP TO

| QUANTITY | DESCRIPTION | NO OF CARTONS | TOTAL |
|---|---|---|---|
| 7 | Oil Paintings | | |
| | | | |
| | ATT: JIM | | |
| | | | |
| | PACK | | |

C.O.D. MUST BE IN CASH OR CERTIFIED CHECK

C.O.D. $ 3,000—

CHECKED BY _____

DATE 12/07

I UNDERSTAND THAT ALL MERCHANDISE RECEIVED IS IN GOOD CONDITION AND IS TO MY SATISFACTION

SIGNATURE

# U·N·I·Q·U·E

**URNITURE SOURCE INTERIORS**
)9 Route 22 East, Greenbrook, N.J. 08812
732-968-7700 • Fax 732-968-3035

SPECIAL INSTRUCTIONS

# DELIVERY SLIP NO. _____

CUSTOMER NO. _____

DATE SHIPPED _12/23/09_

)LD TO *Judica*

SHIP TO

| JANTITY | DESCRIPTION | NO. OF CARTONS | TOTAL |
|---|---|---|---|
| 1 | *Vanity* | | |
| | | | |
| | *ATT. ! JIM* | | |
| | | | |
| | | | |
| | | | |
| | | | |

O.D. MUST BE IN CASH OR CERTIFIED CHECK

CHECKED BY

DATE _12/23/09_

I UNDERSTAND THAT ALL MERCHANDISE RECEIVED IS IN GOOD CONDITION AND IS TO MY SATISFACTION

:.O.D. $

SIGNATURE

Aug 10 10 05:07p      Unique                                          732-968-3035                    p.1

# U·N·I·Q·U·E

**URNITURE SOURCE   INTERIORS**
9 Route 22 East, Greenbrook, N.J. 08812
732-968-7700 ☎ Fax 732-968-3035

| SPECIAL INSTRUCTIONS | |
|---|---|

## DELIVERY SLIP NO. _____

CUSTOMER NO. _____

DATE SHIPPED _12/23/09_

LD TO _Giudica_

SHIP TO

| IANTITY | DESCRIPTION | NO OF CARTONS | TOTAL |
|---|---|---|---|
| 2 | Hood Chairs | | |
| 5 | pc. Wall unit | | |
| | | | |
| | | | |
| | ATT: JIM | | |
| | | | |
| | | | |

| O.D. MUST BE IN CASH OR CERTIFIED CHECK | CHECKED BY | DATE | I UNDERSTAND THAT ALL MERCHANDISE RECEIVED IS IN GOOD CONDITION AND IS TO MY SATISFACTION |
|---|---|---|---|
| .O.D. $ 8,000 | 12/23/10 | | SIGNATURE |

Aug 10 10 02:52p        Unique                                      732-968-3035                        p.1

| J·N·I·Q·U·E | SPECIAL INSTRUCTIONS | DELIVERY SLIP NO. _____ |
| URNITURE SOURCE   INTERIORS | | CUSTOMER NO. _____ |
| 9 Route 22 East, Greenbrook, N.J. 08812 | | DATE SHIPPED _1 / 7 /10_ |
| 732-968-7700 ■ Fax 732-968-3035 | | |

OLD TO *Judice*                                    R                      SHIP TO

| QUANTITY | DESCRIPTION | NO OF CARTONS | TOTAL |
|---|---|---|---|
| 1 | Wall Unit | | |
| 4 | 44 Round Chairs | | |
| | 3pc Sectional | | |
| 2 | Stone Top & Iron Foyer Table | | |
| 1 | Tapestry w/ finials | | |
| 5 | Sconces | | |
| 2 | Wood Chairs | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Pd. Bal $8,726.00 (2 Checks) | | |

| C.O.D. MUST BE IN CASH OR CERTIFIED CHECK | CHECKED BY | DATE 1/7/10 | I UNDERSTAND THAT ALL MERCHANDISE RECEIVED IS IN GOOD CONDITION AND IS TO MY SATISFACTION |
| C.O.D. $ | | | SIGNATURE |

Aug 10 10 03:37p        Unique                                              732-968-3035                    p.1

# U·N·I·Q·U·E

URNITURE SOURCE  INTERIORS
9 Route 22 East, Greenbrook, N.J. 08812
732-968-7700 ■ Fax 732-968-3035

| SPECIAL INSTRUCTIONS | **DELIVERY SLIP** NO. _____ |
| --- | --- |
| | CUSTOMER NO. _____ |
| | DATE SHIPPED _1/7/10_ |

LD TO _Judice_                                     SHIP TO

| ANTITY | DESCRIPTION | NO OF CARTONS | TOTAL |
| --- | --- | --- | --- |
| 2 | Vases | | |
| | | | |
| | ATT. JIM | | |
| | | | |
| | | | |
| | | | |
| | | | |

| O.D. MUST BE IN CASH OR CERTIFIED CHECK | CHECKED BY | DATE 1/7/10 | I UNDERSTAND THAT ALL MERCHANDISE RECEIVED IS IN GOOD CONDITION AND IS TO MY SATISFACTION |
| --- | --- | --- | --- |
| O.D. $ _Gift_ ⊘ | | | SIGNATURE |



# U·N·I·Q·U·E
FURNITURE SOURCE    INTERIORS
309 Route 22 East, Greenbrook, N.J. 08812
732-968-7700 ■ Fax 732-968-3035

SPECIAL INSTRUCTIONS

## DELIVERY SLIP  NO. 12/23/09

CUSTOMER NO.

DATE SHIPPED  1/7/10

SOLD TO  GIUDICE
6 INDIAN LN
TOWACO N J

SHIP TO  THURSDAY

| QUANTITY | DESCRIPTION | NO OF CARTONS | TOTAL |
|---|---|---|---|
| 2 | CUSTOM HOOD CHAIRS | | $5,326 |
| 1 | SECTIONAL (2) PIECE OPEN BAL. | | $3,400 |
| | | TOTAL $8,726.00 | |
| | | 12-21-09 $8,000.00 | |
| | | C.O.D 726.00 | |

C.O.D. MUST BE IN CASH BY CERTIFIED CHECK    CHECKED BY    DATE    SIGNATURE

C.O.D. $ 8,726

# IVANKA'S

**674 Wyckoff Avenue**
**WYCKOFF, NEW JERSEY 07481**
**Mon. - Sat. 10 A.M. - 6 P.M.**

# Invoice

7460

**(201) 891-4950**
**FAX (201) 891-4922**

DATE: 11/9/10

SOLD TO: Teresa Giudice

DELIVER TO:

973-588-3888    cell 973-768-0445

| SALESPERSON | CASH | CHARGE | C.O.D. | ORDER NUMBER | ADD ON | REOPEN | NEW ACCT. | TERMS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | |

| QTY | STOCK NO. | MFR | DESCRIPTION | UNIT PRICE | | TOTAL | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | | | Clock | 109 | 99 | 109 | 99 |
| 1 | 7-9705 | | Oval box w/lid | | | 119 | 99 |
| 1 | 7-10337 | | Gold 8x10 frame | | | 129 | 99 |
| 1 | 7-9655 | | Floral Charger | | | 569 | 99 |
| 2 | 4-10287 | | Buttercup Floral Arrgmts | 119 | 99 | 239 | 98 |
| 2 | 7- | | Gold Finials | 59 | 99 | 119 | 98 |
| 1 | 7-0080 | | Lionhead jar tall | 119 | 99 | | |
| 1 | 7- | | Lionhead jar short | 99 | 99 | | |
| 1 | 7- | | Leopard Box | 229 | 99 | | |
| 2 | | | c/holder tall | 159 | 99 | 319 | 98 |
| 2 | | | c/holder short | 139 | 99 | 279 | 98 |
| 4 | | | Vanilla candles | 23 | 99 | 95 | 96 |
| 1 | | | Bench gold fabric | | | 1760 | 00 |
| 1 | | | Vase gold rams head | | | 600 | 00 |

**Delivery**

DELIVERY INSTRUCTIONS:

| | |
| --- | --- |
| MERCHANDISE TOTAL | |
| SALES TAX | |
| TOTAL | |
| DOWN PAYMENT | |
| BALANCE DUE | |

No returns, credits or exchanges after 3 days. Special orders are not returnable, refundable or cancellable.
Not responsible for normal fabric wear and tear.

RECEIVED IN GOOD CONDITION BY:        DATE:        DELIVERED BY:        DATE:

**DUPLICATE**

Thank You

# Invoice

**IVANKA'S**
674 Wyckoff Avenue
WYCKOFF, NEW JERSEY 07481
Mon. →Sat. 10 A.M. - 6 P.M.

(201) 891-4950
FAX (201) 891-4922

7461

DATE: 1/9/10

SOLD TO: Teresa Giudice

DELIVER TO:

| SALESPERSON | CASH | CHARGE | C.O.D. | ORDER NUMBER | ADD ON | REOPEN | NEW ACCT | TERMS |
|---|---|---|---|---|---|---|---|---|

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Frame 5x7 rounded corner | | |
| 2 | Oral Frames | | 59 99 |
| 1 | Rect. Frame s'more | | |
| 2 | Blue/Brown Pillows | 299 99 | |
| 1 | Blue Cream Boat Pillow | | |
| 1 | Sq. Sheer Pillow | 39 99 | |
| 1 | Vase Cream acrylic | | |
| 1 | Leopard waste basket | | 99 99 |
| 1 (3) | Cherub wall hanging | | 400 00 |
| 1 | Decorative Panel | | 849 99 |
| 1 | Floral 3 = | | 300 00 |
| | add'l discount | | (400 00) |
| 2 hrs. | Design consult | 150 00 | 300 00 |
| | Delivery | | |

No returns, credits or exchanges after 3 days. Special orders are not returnable, refundable or cancellable.
Not responsible for normal fabric wear and tear.

DELIVERY INSTRUCTIONS
To be deposited 1/12/09

CK # 7908

| MERCHANDISE TOTAL | 5956 00 |
|---|---|
| SALES TAX | 416 92 |
| TOTAL | 6372 92 |
| DOWN PAYMENT | 6372 92 |
| BALANCE DUE | |

RECEIVED IN GOOD CONDITION BY: _____ DATE: _____ DELIVERED BY: _____ DATE: _____

**DUPLICATE**

*Thank You*



# HomeGoods®

Morris Hills Shoping Center
Rte. 46
Parsippany, NJ 07054
973-299-7943

| | | |
|---|---|---|
| 46 - FURNITURE | 167349 | 539.00 T |
| 46 - FURNITURE | 056882 | 269.00 T |

| | |
|---|---|
| SUBTOTAL | $808.00 |
| NJ 7.000% Sales Tax | $56.56 |
| **TOTAL** | $864.56 |
| PERSONAL CHECK | $864.56 |

AUTH# 196385
01/09/10 19:51:49
REFERENCE #: 330336



ITEMS 2
0101
0147 01  0046 01/09/10  19:56:41      1086

THANK YOU FOR SHOPPING AT HOMEGOODS

REFUNDS WITHIN 30 DAYS WITH RECEIPT
Store Credit Only With Gift Receipt
Other restrictions may apply





# HomeGoods®

Morris Hills Shoping Center
Rte. 46
Parsippany, NJ 07054
973-299-7943

| | | |
|---|---|---|
| COMPA | | |
| OUR PRICE | | |
| 54 - GOURMET FOOD | 194389 | 2.99 T |
| 46 - FURNITURE | 056742 | 299.99 T |

SUBTOTAL
NJ 7.000% Sales Tax                    $302.98
**TOTAL**                               $21.21
**PERSONAL CHECK**                      $324.19
AUTH# 173782                            $324.19
01/09/10 19:49:29
REFERENCE #:        330307



9 0 1 4 7 0 1 0 0 4 5 1 4 6 1 8 3

ITEMS 2
0101
0147 01  0045 01/09/10  19:54:23        ?1086

THANK YOU FOR SHOPPING AT HOMEGOODS
REFUNDS WITHIN 30 DAYS WITH RECEIPT
Store Credit Only With Gift Receipt
Other restrictions may apply

| Room | Item | Trustee's ↓ | Appraiser's Value ↓ post petition items ↓ |
|------|------|------|------|
| Kitchen | | | |
| | Table & Chairs | 800 | |
| | Television | 450 | |
| | Counter Stools | 150 | |
| | Television | 50 | |
| | General | 300 | |
| | Chandelier | 300 | |
| | Sconces | 200 | |
| | Refrigerator Unit | 0 | |
| | Water Dispenser | 75 | |
| | Wall Clock | 15 | |
| | Table & Chairs | 50 | |
| | Appliances | 225 | |
| | Window Treatments | | 500 |
| | Gas Range | 3000 | |
| Pantry/Laundry | Washer/Dryer | 600 | |
| | Miscellaneous | 100 | |
| | Lamp | 75 | |
| | Foyer 2 tables | | 300 |
| | Candlesticks | | 80 |
| Foyer Area | Rug | 80 | |
| | Urns | | 100 |
| | Chair | | 75 |
| | Torchere | | 50 |
| | Telescope | 75 | |
| | Chandelier | 500 | |
| | Lot | | 75 |
| Dining Room | Lot | | 100 |
| Back Foyer | Credenza | | 135 |
| | Seating Group | | 800 |
| | Portrait | 0 | |
| | Sconces | 300 | |
| Great Room | Piano | 2000 | |
| | Sectional Sofa | | 500 |
| | Sofas | 800 | |
| | Table | 200 | |
| | Chairs | | 450 |
| | Table | | 75 |
| | Table | | 125 |
| | Television | 600 | |
| | Torchere | | 50 |
| | Mirror | | 300 |
| | Painting | | 100 |
| | Fireplace Accessories | | 200 |
| | Stand | 35 | |
| | Urn | 100 | |

| | | | |
|---|---|---|---|
| | Panels | | 150 |
| | Chandelier | 500 | |
| | Sconces | 300 | |
| | Lot | 25 | |
| Family Room | Sofa | 325 | |
| | Ottomans | 150 | |
| | Wall Unit | | 350 |
| | Television | 500 | |
| | Table | | 225 |
| | Mirror | | 65 |
| | Torchere | 70 | |
| | Rug | 225 | |
| | Accessories | | 250 |
| Children's Play | Television | 0 | |
| | Keyboard | 0 | |
| | Chairs | 0 | |
| | Lot | 0 | |
| Exercise Room | Chest | 200 | |
| | Chest | 250 | |
| | Mirror | 60 | |
| | Mirror | 30 | |
| | Equipment | 100 | |
| | Storage Footlocker | 10 | |
| | Table | 50 | |
| | Containers | 25 | |
| Master bedroom | Bedroom Set | 1200 | |
| | Television | 450 | |
| | Mirror | 500 | |
| | Vanity | | 175 |
| | Lamp | 35 | |
| | Loveseat | | 225 |
| | Chairs | | 100 |
| | Rug | 150 | |
| | Cradle | 75 | |
| | Trunk | 50 | |
| | Lamps | 40 | |
| | Chandelier | 200 | |
| | Plaque | | 40 |
| | Rugs | 100 | |
| | Ottoman | 75 | |
| | Mirror | 80 | |
| | Lot | 50 | |
| Powder Room | Mirror | 60 | |
| | Chandelier | 75 | |
| | Settee | 20 | |
| | Mirror | | 25 |
| | Sconces | 120 | |

| Room | Item | Value | |
|---|---|---|---|
| Baby's Room | Metal Crib | 0 | |
| | Changing Table | 0 | |
| | Two Drawer Stand | 0 | |
| | Pink Chair | 0 | |
| | Blanket/Hope Chest | 0 | |
| | Rocker | 0 | |
| | Armoire/Cabinet | 0 | |
| | Rug-Rose Design | 0 | |
| Girl's Bedroom | High Back Bed | 0 | |
| | Mirrored Armoire | | |
| | Dresser Oval Mirror | 0 | |
| | Nightstand | 0 | |
| | Night Table | 0 | |
| | Table Lamp | 0 | |
| Upstairs Foyer | Paintings | | 1200 |
| | Mirror | | 175 |
| | Portrait | 0 | |
| | Lamp | 50 | |
| | Sconces | 100 | |
| Bath | Vanity | 150 | |
| | Mirror | 225 | |
| Girl's Bedroom | High Back Bed | 0 | |
| | Mirrored Armoire | 0 | |
| | Dresser w/Oval Mirror | 0 | |
| | Nightstand | 0 | |
| | Night Table | 0 | |
| | Table Lamp | 0 | |
| Girl's Bedroom | Bedroom Set | 0 | |
| | Dresser | 0 | |
| | Area Rug | 0 | |
| | Chairs | 0 | |
| | Chandelier | 0 | |
| Game Room | Pool Table | 800 | |
| | Seating Group | 450 | |
| | Game | 250 | |
| | Table/Chair set | 225 | |
| | Chess Set | 75 | |
| | Television | 500 | |
| | Bar | 450 | |
| | Cooler | 150 | |
| | Game Set | 600 | |
| | Poster | 25 | |
| | Credenza | 70 | |
| | Lot | 100 | |
| | Theater | 75 | |
| | Lamp | 125 | |
| | Mirror | 125 | |

|  |  |  |
|---|---|---|
|  | Lot | 50 |
| Office | Single Wood desk | 300 |
|  | Credenza w/Hutch |  |
|  | Metal Swivel Chair |  |
|  | Area Rug |  |
|  | Dell GX520 | 150 |
|  | Canon MF4150 |  |
| Jewelry | Men's Watch | 15 |
|  | Ladies Wedding Band | 150 |
|  | Men's Wedding Band | 240 |
|  | Costume Jewelry | 750 |
| Bath | Mirror | 60 |
| Garage | Freezer | 150 |
|  | Refrigerator | 100 |
|  | 3 Tier Metal Rack | 20 |
|  | Group of tools | 500 |
|  | Grill | 50 |
|  | Bikes | 150 |
|  | Christmas Décor | 40 |
|  | Children's Toys | 0 |
|  | Double Stroller | 50 |
|  | Master Training Bag | 65 |
|  | Cart Hot dog | 150 |
|  | Golf Bag | 100 |
| Wine Room | Wine Making Equipment | 1200 |
| Outdoor Area | Concrete Benches | 120 |
|  | Concrete Flower Urns | 40 |
|  | Rack | 40 |
|  | Mat | 50 |
|  | Statue | 20 |
|  | Stools | 30 |
|  | Bistro-Set | 20 |
|  | Bistro-Set | 10 |
|  | Patio Table Set | 100 |
|  | LPG Grill | 75 |
|  | Patio Table Set | 100 |
|  | Patio Table Set | 300 |
|  | Fire Pit | 20 |
|  | Storage Sheds | 400 |
|  | Garden Tools | 2500 |
|  | Go-Carts w/Gas engines | 0 |
|  | All Terrain Vehicle | 0 |
|  | Tires | 200 |
|  | Boat w/Trailer 2004 | 7500 |
|  | Snow Plow | 1500 |
|  | Snow Plow | 300 |

39340                6995