# UNIQUE

*Furniture*                    *Design Group*

309 Route 22 East, Greenbrook, N.J. 08812 ▪ 732-968-7700 ▪ Fax 732-968-3035

DATE 9/5/09

SALES PERSON JOE

The merchandise you have ordered is promised for delivery
on or before ___/___/___
If merchandise ordered is not delivered by promised date, Unique must offer:
a) Cancellation of order with prompt full refund
b) Accepting delivery at a specific later date.

SOLD TO GIUDICE

SHIP TO

TEL #

SPECIAL INSTRUCTIONS

| QTY | NUMBER | DESCRIPTION | TOTAL |
|---|---|---|---|
| 1 | | WALL UNIT | $6,000.00 |
| 4 | | 1/4 ROUND CHAIRS @ $1,100.00 | $4,400.00 |
| 1 | # | 2 PC SECTIONAL | $4,800.00 |
| 2 | # | STONE TOP IRON FOYER TABLES @ $1,750.00 | $3,500.00 |
| 1 | # | 71046 TAPESTRY, FINIALS, TASSELS | $589.00 |
| 5 | # | 0011 SCONCES @ 219.00 | $1,095.00 |

BAL $16,810.00
ADD DEP 10-10-09 5,000.00
$11,810.00
6,000.00 ADD DEP. 10/27/09
PAID
$5,000.00 BAL
PLUS - $1,400.00 VANITY -
xx
$6,400.00
CHK → 3,000.00   12/7/09
$3,400.00

| | |
|---|---|
| SALE | 20,384.00 |
| SALES TAX | 1,426.00 |
| DELIVERY | |
| TOTAL SALE | 21,810.00 |
| DEPOSIT | 5,000.00 |
| BALANCE | 16,810.00 |

C.O.D. MUST BE IN CASH OR CERTIFIED/BA...

**C.O.D. $**