# LOW & LOW ATTORNEYS AT LAW, LLC

505 MAIN STREET, HACKENSACK, NEW JERSEY 07601   201-343-4040   FAX 201-488-5788

STANLEY W. LOW                                                                    RUSSELL L. LOW

August 17, 2010

ATTENTION:
John W. Sywilok, Esq. - Chapter 7 Trustee
James A. Kridel, Jr., Esq. - Attorney for Debtor
All Creditors

      Re:    Teresa Giudice
               Case No. 09-39032
               Stay Relief Motion for 1576 Maple Avenue, Hillside, New Jersey
               Originally scheduled for August 16, 2010

To Whom it May Concern:

    Please be advised that the Motion for Relief from Stay originally scheduled for August 16, 2010 has now been re-scheduled to September 7, 2010 at 12:00pm.

Very truly yours,

*Russell Low*

Russell L. Low, Esq.
RLL:mho

Dictated by Russell L. Low
but signed in his absence to
avoid delay in mailing