Form dyrvdsc – ntcdydscv27.jsp

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  09−39032−MS
        Chapter:  7
        Judge:  Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Giuseppe Giudice<br>aka Joseph Giudice<br>6 Indian Lane<br>Towaco, NJ 07082 | Teresa Giudice<br>6 Indian Lane<br>Towaco, NJ 07082 |

Social Security No.:
  xxx−xx−5158                                                  xxx−xx−6982

Employer's Tax I.D. No.:

**NOTICE OF ENTRY OF ORDER**
**DENYING OR REVOKING DEBTOR'S DISCHARGE**

You are hereby notified that an order denying or revoking the:

- ☑ debtor's
- ☐ joint debtor's

discharge was entered in this case on 9/6/2011.


Dated: September 6, 2011
JJW: cag

                                                                                   James J. Waldron
                                                                                    Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey

In re:                                                    Case No. 09-39032-MS
Giuseppe Giudice                                          Chapter 7
Teresa Giudice
        Debtors           CERTIFICATE OF NOTICE

District/off: 0312-2          User: cgiannet               Page 1 of 3              Date Rcvd: Sep 06, 2011
                              Form ID: dyrvdsc             Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2011.
db/jdb       +Giuseppe Giudice,    Teresa Giudice,    6 Indian Lane,    Towaco, NJ 07082-1005
aty          +Bruce H. Dexter,    90 Main Street,    Hackensack, NJ 07601-7176
aty          +Godlesky & Sywilok, Esqs.,     51 Main Street,    Hackensack, NJ 07601-7088
cr           +America's Servicing Company as servicing agent for,     Phelan Hallinan & Schmieg, PC,
               400 Fellowship Rd Ste 100,    Mt. Laurel, NJ 08054-3437
cr           +America's Servicing Company, servicer for HSBC Ban,     Phelan Hallinan & Schmieg PC,
               400 Fellowship Rd Ste 100,    Mt. Laurel, NJ 08054-3437
cr           +Dime Savings Bank of Williamsburg,    c/o 1125 Atlantic Ave,     Atlantic City, NJ 08401-4806
intp         +John A. Testa,    Mizzone & Testa, P.A.,    245 Paterson Ave,    Little Falls, NJ 07424-4629
intp         +Mizzone & Testa, P.A.,    Mizzone & Testa, P.A.,    245 Paterson Ave,    Little Falls, NJ 07424-4629
cr           +Putnam Leasing Company LLC,    300 Main Street,    Stamford, CT 06901-3033
cr           +Wachovia Bank, National Association,    McCarter & English, LLP,     Four Gateway Center,
               100 Mulberry Street,    Attn. Sheila E. Calello,    Newark, NJ 07102-4056
cr           +William C. Sarasino, Esq. on behalf of Joseph Mast,     c/o Bavagnoli & Bavagnoli, LLC,
               12 Furler Street,    PO Box 147,    Totowa, NJ 07511-0147
510169953    +Americas Servicing Company,    P.O. Box 10328,    Des Moines, IA 50306-0328
510169955     Amtrust Bank,    P.O. Box 742579,    Cincinnati, OH 45274-2579
510523953    +Athenia Mason Supply,    72 Mina Avenue,    Clifton, NJ 07011-1838
510310900    +BEP, LTD,    c/o Robyne D. LaGrotta, Esq.,    77 Jefferson Place,    Totowa, NJ 07512-2614
510169956     Bloomingdales,    Department Stores National Bank,    MCCS- Central, P.O. Box 81113,
               Mason, OH 45040
510523954     Celentano, Stadtmauer & Walentowicz, LLP,    PO Box 2594,    Clifton, NJ 07015-2594
510169957    +Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
510169959    +Citicorp Credit Services, Inc.,    P.O. Box 653095,    Dallas, TX 75265-3095
510169960    +Community Bank of Bergen County,    210 Rochelle Avenue,    Rochelle Park, NJ 07662-4111
510523955    +Crosstown Plumbing Supply,    196 South Grove Street,    East Orange, NJ 07018-3913
510169961    +Dan Ban Construction, LLC,    c/o Michael Walker, Esq.,    14 Countryside Lane, Suite 102,
               Ringwood, NJ 07456-2742
510169962    +Dime Savings Bank of Williamsburgh,    201 Havemeyer Street,    Brooklyn, New York 11211-6206
510310902    +Dominion Financial Corporation,    1245 Hewlett Plaza,    PO Box 261,    Hewlett, NY 11557-0261
510654794    +Dominion Financial Corporation,    c/o Dominion Management Company,
               200 Madison Avenue 24th Floor,    New York, NY 10016-4001
510310903    +Elliott Glass Co., Inc.,    c/o Gaccione, Pomaco & Malanga,    PO Box 96,
               Belleville, NJ 07109-0096
510169963     Excelsior Lumber Company, Inc.,    140 Hamburg Turnpike,    P.O. Box 817,
               Butler, New Jersey 07405-0817
510221482   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,     Dept 55953,    P O Box 55000,
               Detroit  MI  48255-0953)
510310904    +Ford Motor Credit Company, LLC,    One American Road,    Dearborn, MI 48126-2701
510310905    +GMAC,   c/o David R. Lyons, Esq.,    PO Box 1269,    Mount Laurel, NJ 08054-7269
510310901   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Direct Merchants Credit Card Bank,     PO Box 21222,
               Tulsa, OK 74121-1222)
510237075    +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
510169966     HSBC Card Services,    PO Box 80084,    Salinas, CA 93912-0084
510523956    +Hackensack University Medical Center,    PO Box 48027,    Newark, NJ 07101-4827
510169964     Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA 50368-9100
511142474   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury,     Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 21226,    Philadelphia, PA 19114)
510169967     Jersey Central Power & Light,    76 South Main Street, A-RPC,     Akron, OH 44308-1890
510227477    +Jersey Central Power and Light et al.,    331 Newman Springs Rd.,    Building 3,
               Red Bank,NJ 07701-5688
510169968    +John Fellgraff, A.I.A.,    c/o Rubenstein, Meyerson, Fox, et. al.,     One Paragon Drive, Suite 240,
               Montvale, New Jersey 07645-1744
510169969    +Joseph Mastropole,    c/o Sarcino & Sarcino, L.L.C.,    500 Union Boulevard,
               Totowa, New Jersey 07512-2579
510523957    +Matarazzo Engineering, LLC,    575 Route 46 West,    Fairfield, NJ 07004-1907
510169971    +Michael P. DeMarco, Esq.,    DeMarco & DeMarco,    912 Belmont Avenue,
               Haledon, New Jersey 07508-2550
510169972     Neiman Marcus,    P.O. Box 729080,    Dallas, TX 75372-9080
510549515    +New York City Department of Finance,    59 Maiden Lane,    New York, NY 10038-4613
510310906    +New York City Department of Finance,    Parking Violations,    PO Box 3600,
               New York, NY 10008-3600
510310907    +Norman Barna,    12 Ravine Court,    Clifton, NJ 07013-1417
510169974     North Hudson IVF,    c/o Pressler & Pressler, LLP,    7 Entin Road,
               Parsippany, New Jersey 07054-5020
510169975    +North Shore Agency, Inc.,    270 Spagnoli Road,    Melville, New York 11747-3515
510396451    +PYOD LLC its successors and assigns as assignee of,     Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
```

```
District/off: 0312-2          User: cgiannet              Page 2 of 3                   Date Rcvd: Sep 06, 2011
                              Form ID: dyrvdsc            Total Noticed: 72

510523958     +Passmore Cook Landscaping,    84 Main Avenue,    Montville, NJ 07045-9572
510169977     +Phelan Hallinan and Schmieg, P.C.,    400 Fellowship Road, Suite 100,
               Mount Laurel, New Jersey 08054-3437
510310908     +Putnam Leasing Company, LLC,    300 Main Street, 6th Floor,    Stamford, CT 06901-3033
510895714      Ronnie R. Sanchez,    399 Lexington Ave. #3,    Clifton,NJ 07011-2391
510169978     +Ruby Persha and Stacy Persha,    c/o Andrew H. Graulich, Esq.,    17 Academy Street, Suite 111,
               Newark, New Jersey 07102-2923
511030141    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Dept of Treasury,    Division of Taxation,
               PO Box 245,    Trenton, NJ 08695)
510523959     +Tungol,    425 McBride Avenue,    Paterson, NJ 07501-2595
510310910     +United States Elevator, Inc.,    1275 Bloomfield Avenue,    Bldg 9, Unit 81,
               Fairfield, NJ 07004-2736
510310909     +United Telecomp, LLC,    c/o Connell Foley, LLP,    85 Livingston Avenue,    Roseland, NJ 07068-3736
510169980     +Victoria Wozniak and William Wozniak,    c/o John E. Keefe, Jr., Esq.,    830 Broad Street,
               Shrewsbury, New Jersey 07702-4215
510169983    ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
              (address filed with court: Wachovia Bank, N.A.,    301 South College Street,
               Charlotte, NC 28288)
510310912    ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
              (address filed with court: Wachovia Bank, National Association,    Mail Code VA 7628,
               PO Box 13327,    Roanoke, VA 24040)
510169981      Wachovia,    P.O. Box 6549558,    San Antonio, TX 78265-9558,    Attn: Loan Service Customer Support
510310911      Wachovia Bank, National Association,    c/o McCarter & English, LLP,
               Four Gateway Center, 100 Mulberry Street,    Newark, NJ 07102
510169984      Wachovia Bank, National Association,    c/o McCarter & English, LLP,
               Four Gateway Center, 100 Mulberry Street,    Newark, New Jersey 07102
510392499     +William C. Saracino, Esq. on behalf,    of Joseph Mastropole,    c/o Bavagnoli & Bavagnoli, LLC,
               12 Furler Street/PO Box 147,    Totowa, NJ 07511-0147
510392495     +William C. Saracino, Esq. on behalf,    of Joseph Mastropole,    c/o Bavangoli & Bavagnoli, LLC,
               12 Furler Street/PO Box 147,    Totowa, NJ 07511-0147
510412501     +Williams, Caliri, Miller & Otley, P.C.,    1428 Route 23,    Wayne, NJ 07470-5826
510169985      Williams, Caliri, Miller & Otley, P.C.,    1428 Route 23,    Wayne, New Jersey 07470-5826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
app           +E-mail/Text: atkinsappraisal@aol.com Sep 06 2011 21:01:28      A Atkins Appraisal Corporation,
               122 Clinton Road,    Fairfiled, NJ 07004-2900
auc           +E-mail/Text: msklar@ajwillnerauctions.com Sep 06 2011 21:01:42      AJ Willner Auctions, LLC,
               560 Springfield Avenue,    POB 1012,    Westfield(Springfield), NJ 07081-5012
510169973      E-mail/Text: bnc@nordstrom.com Sep 06 2011 21:00:12      Nordstrom Bank,    P.O. Box 79137,
               Phoenix, AZ 85062-9137
510169979     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Sep 06 2011 23:59:28      Verizon,
               Bankruptcy Administration,    P.O. Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
510645211      John A. Testa, Esq. and Mizzone & Testa, P.A.
cr*           +Williams, Caliri, Miller & Otley, P.C.,    1428 Route 23,    Wayne, NJ 07470-5826
510169954*    +Americas Servicing Company,    P.O. Box 10328,    Des Moines, IA 50306-0328
510524075*    +Athenia Mason Supply,    72 Mina Avenue,    Clifton, NJ 07011-1838
510311169*    +BEP, LTD,    c/o Robyne D. LaGrotta, Esq.,    77 Jefferson Place,    Totowa, NJ 07512-2614
510524076*     Celentano, Stadtmauer & Walentowicz, LLP,    PO Box 2594,    Clifton, NJ 07015-2594
510169958*    +Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
510524077*    +Crosstown Plumbing Supply,    196 South Grove Street,    East Orange, NJ 07018-3913
510311171*    +Dominion Financial Corporation,    1245 Hewlett Plaza,    PO Box 261,    Hewlett, NY 11557-0261
510654893*    +Dominion Financial Corporation,    c/o Dominion Management Company,
               200 Madison Avenue 24th Floor,    New York, NY 10016-4001
510311172*    +Elliott Glass Co., Inc.,    c/o Gaccione, Pomaco & Malanga,    PO Box 96,
               Belleville, NJ 07109-0096
510311173*    +Ford Motor Credit Company, LLC,    One American Road,    Dearborn, MI 48126-2701
510311174*    +GMAC,    c/o David R. Lyons, Esq.,    PO Box 1269,    Mount Laurel, NJ 08054-7269
510311170*   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Direct Merchants Credit Card Bank,    PO Box 21222,
               Tulsa, OK 74121-1222)
510655099*    +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
510524078*    +Hackensack University Medical Center,    PO Box 48027,    Newark, NJ 07101-4827
510169965*     Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA 50368-9100
510169970*    +Joseph Mastropole,    c/o Sarcino & Sarcino, L.L.C.,    500 Union Boulevard,
               Totowa, New Jersey 07512-2579
510524079*    +Matarazzo Engineering, LLC,    575 Route 46 West,    Fairfield, NJ 07004-1907
510311175*    +New York City Department of Finance,    Parking Violations,    PO Box 3600,
               New York, NY 10008-3600
510311176*    +Norman Barna,    12 Ravine Court,    Clifton, NJ 07013-1417
510524080*    +Passmore Cook Landscaping,    84 Main Avenue,    Montville, NJ 07045-9572
510311177*    +Putnam Leasing Company, LLC,    300 Main Street, 6th Floor,    Stamford, CT 06901-3033
510524081*    +Tungol,    425 McBride Avenue,    Paterson, NJ 07501-2595
510311179*    +United States Elevator, Inc.,    1275 Bloomfield Avenue,    Bldg 9, Unit 81,
               Fairfield, NJ 07004-2736
```

```
District/off: 0312-2           User: cgiannet            Page 3 of 3             Date Rcvd: Sep 06, 2011
                               Form ID: dyrvdsc          Total Noticed: 72

          ***** BYPASSED RECIPIENTS (continued) *****
510311178*   +United Telecomp, LLC,    c/o Connell Foley, LLP,    85 Livingston Avenue,    Roseland, NJ 07068-3736
510311181*   ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court: Wachovia Bank, National Association,    Mail Code VA 7628,
              PO Box 13327,    Roanoke, VA 24040)
510169982*    Wachovia,    P.O. Box 6549558,    San Antonio, TX 78265-9558,    Attn: Loan Service Customer Support
510311180*    Wachovia Bank, National Association,     c/o McCarter & English, LLP,
              Four Gateway Center, 100 Mulberry Street,    Newark, NJ 07102
510169976    ##Ocwen Loan Servicing, LLC,    P.O. Box 785063,    Orlando, Florida 32878-5063
                                                                                     TOTALS: 1, * 28, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2011**                        **Signature:**  _Joseph Speetjens_