LAW OFFICES
# John W. Sywilok LLC
51 MAIN STREET
HACKENSACK, N.J. 07601

(201) 487-9390
FAX NO. (201) 487-9393
sywilokattorney@sywilok.com

JOHN W. SYWILOK*
*NJ AND NY BAR

PLEASE QUOTE OUR FILE #

October 31, 2013

49768

Clerk of the Bankruptcy Court
US Bankruptcy Court, DNJ
P.O. Box 1352
Newark, NJ 07101-1352

Re:   Giuseppe Giudice and Teresa Giudice
      Case No. 09-39032-MS

      Status Report

Dear Sir:

Please note that I am the Trustee in Bankruptcy of the above named debtors and this letter constitutes our report as to the status of this case. I am presently working on the Trustee's Final Report in this matter and anticipate that the Trustee's Final Report will be filed in this matter no later than November 30, 2013.

Very truly yours,

JOHN W. SYWILOK LLC

BY: JOHN W. SYWILOK

JWS/veb