Clausen Miller PC

CLAUSEN MILLER P.C.
CHICAGO, IL
FLORHAM PARK, NJ
IRVINE, CA
MICHIGAN CITY, IN
NEW YORK, NY

CLAUSEN MILLER LLP
LONDON, ENGLAND

CMI CLAUSEN MILLER INTERNATIONAL
Clausen Miller LLP, LONDON
Clausen Miller P.C.
Grenier Avocats, PARIS
Studio Legale Corapi, ROME
van Cutsem-Wittamer-Marnef & Partners, BRUSSELS
Wilhelm Partnerschaft von Rechtsanwälten mbB, DÜSSELDORF

Attorneys at Law

100 Campus Drive, Suite 112 • Florham Park, NJ 07932 • www.clausen.com
Tel: 973.410.4130 • Fax: 973.410.4169

Carl M. Perri, Esq. – Managing Partner

**Carl M. Perri, Esq.**
**Direct Line: 973-410-4155**
**E-mail: cperri@clausen.com**

August 22, 2017

**<u>VIA ECF AND FIRST CLASS MAIL</u>**
Hon. Stacey L. Meisel
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Courtroom 3A
Newark, NJ 07102

In Re: *Giuseppe Giudice and Teresa Giudice*
Chapter 7, Case No.: 09-39032 (SLM)
Our File No.: 24-9153-00-8

Dear Judge Meisel:

We are in receipt of the letter from Mr. Carlos J. Cuevas to Your Honor dated August 16, 2017. The letter is objectionable on several grounds.

As an initial matter, the mediation proceedings were conducted under an agreement of confidentiality. Disclosure of what occurred during the proceedings violates not only the agreement of confidentiality but also N.J. Stat § 2A:23C-8, of the Uniform Mediation Act. Mr. Cuevas's public letter to this Court violated these confidentiality requirements. In the section of the letter addressing the mediation, he not only comments on the plaintiffs' evidentiary submissions to the mediator, but also gives his "spin" on the positions and conduct of the defense during the mediation. The fact that his remarks are inaccurate and disparaging does not make them any less violative of the applicable confidentiality restrictions. On behalf of Mr. Kridel, we therefore object to the letter as a violation of the confidentiality applicable to the mediation, and ask that it be stricken from the public record.

Second, Mr. Cuevas's letter was reported in various news outlets. Those outlets apparently were his intended audience. One of the news stories reports on an interview Mr. Cuevas gave regarding the mediation, in which he is quoted stating that this Court should become involved in the settlement process. Mr. Cuevas's effort to garner publicity for himself and his client are objectionable for two reasons. One is that they interfere with the resolution process and make further mediation proceedings less likely. The other is that they taint any potential jury pool that will be asked to try this alleged malpractice cause of action.

Clausen Miller



Accordingly, we request that this Court direct Mr. Cuevas and the plaintiffs' other attorneys to have no further contact with news organizations regarding the malpractice lawsuit.

Third, the letter requests a "status conference with this Court." We yesterday received notice of an order setting a status conference for September 18 in response to this request. We object to the status conference to the extent that its purpose is to address the confidential mediation proceedings. Any discussion of those proceedings in open court, in our view, would constitute a further violation of the confidentiality attached to those proceedings. In addition, with the litigation pending in State Court, we believe this Court is the wrong forum in which to address the substance of pre-trial resolution of the case. Mr. Kridel, through his counsel, therefore will participate in the status conference subject to objection.

Finally, we are completely and utterly dismayed by Mr. Cuevas's correspondence and attempt to try to generate publicity for the meritless state court case in the press. We are further dismayed by his attempt to use the auspices of this Court to obtain leverage in the state litigation. Up until this time, we were under the impression that we had a professional and good working relationship with plaintiffs' counsel. It now appears, however, that plaintiffs' counsel have decided to use improper, non-cooperative and falsely-disparaging tactics to litigate this case.

Respectfully submitted,

**CLAUSEN MILLER P.C.**

By: */s/Carl M. Perri*

Carl M. Perri

*/s/Don. R. Sampen*

Don R. Sampen

CMP/mm

cc: All Counsel of Record (via ECF)